1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE PRICE, ) | |
| ) | 1:07-cv-0280 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until November 30, 2007, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, February 21, 2007, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: November 2, 2007 | /s/ Charles D. Oren |
| 2 | | CHARLES D. OREN,<br>Attorney for Plaintiff. |
| 3 | Dated: November 2, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Sarah Lynn Ryan<br>(as authorized via facsimile)<br>SARAH LYNN RYAN |
| 7 | | Assistant Regional Counsel |

IT IS SO ORDERED.

Dated:  **November 28, 2007**            **/s/ Theresa A. Goldner**
                                  UNITED STATES MAGISTRATE JUDGE