1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susie Price ) | 1:07-CV-280 OWW TAG |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| vs. ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on February 21, 2007, on behalf of Plaintiff be dismissed.  After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

   Dated: March 31, 2008          /s/ Sengthiene Bosavanh

                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

   Dated:
                                  MCGREGOR SCOTT
                                  United States Attorney

                                  By: /s/ Elizabeth Firer
                                  (as authorized via facsimile)
                                  ELIZABETH FIRER
                                  Special Assistant United States Attorney

1
2   IT IS SO ORDERED.
3   **Dated:   April 21, 2008**               <u>     **/s/ Oliver W. Wanger**     </u>
                                              UNITED STATES DISTRICT JUDGE
4
5
...
28